IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY PENSION, HEALTH BENEFIT, EDUCATIONAL, ELEVATOR INDUSTRY WORK PRESERVATION FUNDS, ELEVATOR CONSTRUCTORS ANNUITY AND 401(K) RETIREMENT PLAN | : : : : : : : : | CIVIL ACTION |
| v. | : : | |
| ACCESS LIFT & SERVICE CO., INC., et al.: | | NO. 14-6516 |

ORDER

AND NOW, this 30th day of March, 2015, upon consideration of our March 20, 2015 Show-Cause Order (docket entry #6) and the defendants' response thereto, it is hereby ORDERED that no sanctions will be imposed upon the defendants or their counsel for the conduct described in footnote 1 of that Order.

BY THE COURT:

  /s/ Stewart Dalzell, J.
Stewart Dalzell, J.